Michael HARRISON, Plaintiff–
Appellant,

v.

Scott OAKLEY, Igo; John A. Rowley, Commissioner; Victoria Burkhard, Assistant Commissioner; Prison Health Services, Incorporated; Cor-

---

rectional Medical Services, Incorporated; **Razaak Eniola, M.D.; Lynn Cole, Regional Manager; Doctor Mathis, Defendants–Appellees,**

and

**John Doe, Regional Manager; John Doe, Previous Site Administrator, Defendants.**

No. 08–7240.

United States Court of Appeals, Fourth Circuit.

Submitted: June 17, 2009.

Decided: July 9, 2009.

Michael Harrison, Appellant Pro Se. Phillip M. Pickus, Office of the Attorney General of Maryland, Baltimore, Maryland; Lisa J. Russell, Larry Michael Waranch, Waranch & Brown, LLC, Lutherville, Maryland; Philip Melton Andrews, Katrina J. Dennis, Kramon & Graham, Baltimore, Maryland, for Appellees.

Before MICHAEL, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Harrison appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harrison v. Oakley,* No. 1:07–cv–02468–RDB (D. Md. June 25, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*